In re Williams, Melvin, et al.; Norris, Ebbin, Jr.; Paulk, Jeffrey S.; Carter, Carrell; Tull, Barry; Lemmons, David; Norris, Larry; Chandler, Jacob; Nichols, Billy; Nugent, Doug; Belgard, Ray; McClure, Howard T.; Moreau, Albert; Ryder, Larry L.; Paul, Terry; Haney, Michael; — Plaintiffs); applying for writ of certiorari and/or review; Parish of Rapides, 9th Judicial District Court, Div. “E”, Nos. 169,276, 170,202; to the Court of Appeal, Third Circuit, No. CA98-0033.
Denied.
JOHNSON, J., not on panel.
KNOLL, J., would grant the writ.